UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 13-CV-21009-Moreno/Otazo-Reyes

ISMAEL LOPEZ, and other similarly situated individuals,

        Plaintiffs,

v.

MARLBOROUGH HOUSE, INC,

        Defendant.

## STATEMENT OF CLAIM

The Plaintiff, ISMAEL LOPEZ, hereby files his Statement of Claim pursuant to this Court's Order dated March 26, 2013 (D.E. #4).

1. **Amount of unpaid wages:** the estimated amount of unpaid wages in this case is:

| Time Period | Calculation | Amount of Unpaid Wages |
|---|---|---|
| **3/15/10-2/13/13** | [$600/approximately 70 hours worked each week = $8.57/2 = $4.29 (unpaid half rate) x approximately 30 hours (overtime worked) = $128.57 (unpaid weekly wages) x 152 (weeks of unemployment)]. | $19,542.86 |

**Total wages owed: $19,542.86**

2. **Attorney's Fees:**

| Rate | Hours Worked | Fees Incurred |
|---|---|---|
| $300.00 per hour | 4.3 hours | $1,290.00 |

3. **Calculation of unpaid wages:** Plaintiff earned $600 per week from March 15, 2010 through February 13, 2013. Plaintiff worked approximately 70 (seventy) hours per week. As such, his hourly rate was $8.57 for both regular and overtime hours worked during this period

of time. Accordingly, Plaintiff is owed $4.29 per hour (the half time of $8.57 per hour) for 30 (thirty) hours of overtime worked per week for 152 (one hundred fifty-two) weeks of work for the Defendant.

    4.    **Nature of wages:** Plaintiff was not paid at the lawful overtime wage rate for any of the overtime hours he worked for the Defendant.

    5.    **Total Amount of Damages Sought:** **$19,542.86,** plus an equal amount in liquidated damages ($19,542.86) or $39,085.72, plus $1,290.00 in attorney's fees incurred to date, interest, and costs in the amount of $430.00.

Respectfully submitted,

By:\_\_\_/s/ R. Martin Saenz
R. Martin Saenz, Esquire
Fla. Bar No.: 0640166
Email: msaenz@saenzlawfirm.com
THE SAENZ LAW FIRM, P.A.
20900 N.E. 30th Avenue, Ste. 800
Aventura, Florida 33180
Telephone: (305) 503.5131
Facsimile:  (888) 270-5549

**CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By\_\_/s/  R. Martin Saenz_____

## SERVICE LIST

**Lopez v. Marlborough House, Inc.**
Case No. 13-CV-21009-Moreno/Otazo-Reyes
**United States District Court, Southern District of Florida**

**R. Martin Saenz, Esquire**
E-Mail: msaenz@saenzlawfirm.com
THE SAENZ LAW FIRM, P.A.
20900 N.E. 30th Avenue, Ste. 800
Aventura, Florida 33180
Telephone: (305) 503-5131
Facsimile: (888) 270-5549
Counsel for Plaintiffs
Service by CM/ECF


**Ilona D. Anderson, Esquire**
E-Mail: ilona.demenina@gmail.com
THE LAW FIRM OF
ILONA DEMENINA ANDERSN, P.L.
13615 S. Dixie Hwy, Ste. 418
Miami, Florida 33176
Telephone: (786) 565-8483
Facsimile: (786) 364-7295
Co-counsel for Plaintiffs
Service by CM/ECF