UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 13-CV-21009-Moreno/Otazo-Reyes

ISMAEL LOPEZ, and other similarly-situated individuals,

        Plaintiff(s),

v.

MARLBOROUGH HOUSE, INC.,

        Defendant.

## PLAINTIFF'S NOTICE OF COMPLIANCE

Pursuant to the Court's Final Order of Dismissal and Order Denying all Pending Motions as Moot (D.E. # 49), the Plaintiff, ISMAEL LOPEZ (the "Plaintiff"), hereby notifies the Court that a fully executed copy of the Confidential Settlement Agreement in this action was filed via email on February 4, 2014 with the chambers of the Honorable Judge Moreno.

Respectfully submitted,

By: /s/ R. Martin Saenz
R. Martin Saenz, Esquire
Fla. Bar No.: 0640166
Email: msaenz@saenzlawfirm.com
THE SAENZ LAW FIRM, P.A.
20900 N.E. 30th Avenue, Ste. 800
Miami, Florida 33180
Telephone: (305) 503-5131
Facsimile: (888) 270-5549

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being

served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: ___/s/ R. Martin Saenz_____
R. MARTIN SAENZ

## SERVICE LIST

**Lopez v. Marlborough House, Inc.**
Case No. 13-CV-21009-Moreno/Otazo-Reyes
**United States District Court, Southern District of Florida**

**Ilona D. Anderson, Esquire**
E-Mail: ilona.demenina@gmail.com
THE LAW FIRM OF
ILONA DEMENINA ANDERSN, P.L.
13615 S. Dixie Hwy, Ste. 418
Miami, Florida 33176
Telephone: (786) 565-8483
Facsimile: (786) 364-7295
Co-counsel for Plaintiffs
Service by CM/ECF

**Mitchel Chusid, Esquire**
**David L. Rosinsky, Esquire**
Ritter Chusid Bivona & Cohen LLP
Heron Bay Corporate Center Suite 201
5850 Coral Ridge Drive
Coral Springs, FL 33076
954-340-2200
Fax: 954-340-2210
Email: mchusid@ritterchusid.com
Email: drosinsky@ritterchusid.com
Attorneys for Defendant